ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| PAOLA SANTIAGO ACOSTA, Recurrida, v. MUNICIPIO DE SAN JUAN; OPTIMA SEGUROS; AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS; MANUEL DURÁN RODRÍGUEZ y FULANA DE TAL, por sí y en representación de la sociedad legal de gananciales compuesta por ambos; MANUEL VILLA PRIETO y FULANA DE TAL, por sí y en representación de la sociedad legal de gananciales compuesta por ambos; FULANO DE TAL y FULANA DE TAL, por sí y en representación de la sociedad legal de gananciales compuesta por ambos 1-8; **MAPFRE PRAICO INSURANCE COMPANY**; TRIPLE S PROPIEDAD; ASEGURADORAS 1-8; CORPORACIONES 1-10; DEMANDADOS DESCONOCIDOS 1-10, Peticionaria. | KLCE202301063 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan. Civil núm.: SJ2022CV03585. Sobre: daños y perjuicios. |
|---|---|---|

Panel integrado por su presidente, el juez Hernández Sánchez, la jueza Romero García y la jueza Martínez Cordero.

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de octubre de 2023.

El 25 de septiembre de 2023, la parte peticionaria, MAPFRE PRAICO Insurance Company, presentó este recurso discrecional de *certiorari*, con el fin de que revocásemos la *Resolución* emitida por el

Número identificador

RES2023_____

Tribunal de Primera Instancia, Sala Superior de San Juan, el 8 de agosto de 2023, notificada el 10 de agosto de 2023[1].

Conforme le ordenásemos, la parte recurrida, señora Paola Santiago Acosta, presentó su oposición a la expedición del recurso el 10 de octubre de 2023.

Evaluadas los sendos escritos de las partes comparecientes, la resolución objeto de revisión, así como el derecho aplicable, este Tribunal concluye que la parte peticionaria no pudo establecer que el foro primario hubiera incurrido en error alguno, que justifique nuestra intervención.

Así pues, en virtud de lo dispuesto en la Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y de la Regla 40 del Reglamento de este Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, resolvemos **denegar la expedición del auto de *certiorari***.

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] En su bien fundamentada *Resolución*, el foro primario declaró sin lugar la solicitud de desestimación presentada por la codemandada, aquí peticionaria, que planteaba que la acción en su contra estaba prescrita. *Véase*, apéndice del recurso, a las págs. 1-6.